IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01185-PAB-KLM

MARCELLA MCINTIRE,

    Plaintiff,

v.

THE COLORADO COALITION FOR THE HOMELESS,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Joint Motion to Modify Scheduling Order** [Docket No. 17; Filed December 1, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  No further extensions of time will be permitted to facilitate settlement discussions.  The case management schedule entered July 27, 2011 [#11] is modified as follows:

- Discovery Deadline           **February 29, 2012**
- Dispositive Motions Deadline    **March 30, 2012**

    IT IS FURTHER **ORDERED** that, in order to accommodate the above-stated extensions, the Court *sua sponte* **VACATES** and **RESETS** the Final Pretrial Conference from April 30, 2012, to **May 30, 2012**, at **10:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **May 25, 2012**.  The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

    Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office.  However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at [http://www.cod.uscourts.gov/Home.aspx](http://www.cod.uscourts.gov/Home.aspx). Instructions for downloading in richtext format are posted in the forms section of the website.**

Dated: December 2, 2011